```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - X
                                         :    UNSEALING ORDER
UNITED STATES OF AMERICA                 :
                                              21 Cr. 503 (JSR)
         - v. -                          :

ION BADASCO,                             :

     a/k/a "Rostislav Kopetzky,"         :

                  Defendant.             :
- - - - - - - - - - - - - - - - - - - - :
                                         X
```

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Jaclyn Delligatti;

It is found that the Indictment in the above-captioned action, 21 Cr. 503, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed. It is therefore

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court. SO ORDERED.

Dated: New York, New York
       October 14, 2022

_____
HONORABLE KATHERINE H. PARKER
UNITED STATES MAGISTRATE JUDGE