UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                       :
UNITED STATES OF AMERICA
                                                       :    CONSENT PRELIMINARY ORDER
           - v. -                                           OF FORFEITURE/
                                                       :    MONEY JUDGMENT
ION BADASCO,
           a/k/a "Rostislav Kopetzky,"                 :    S1 21 Cr. 503 (JSR)

                        Defendant.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          WHEREAS, on or about August 14, 2022, ION BADASCO, a/k/a "Rostislav

Kopetzky" (the "Defendant"), was charged in a sealed superseding indictment, S1 21 Cr. 503 (JSR)

(the "Indictment"), with conspiracy to commit access device fraud, in violation of Title 18, United

States Code, Section 1029(b)(2) (Count One); access device fraud, in violation of Title 18, United

States Code, Sections 1029(a)(1) and (2) (Count Two); conspiracy to commit bank fraud, in

violation of Title 18, United States Code, Section 1349 (Count Three); and aggravated identity

theft, in violation of Title 18, United States Code, Section 1028A(a)(1) (Count Four);

          WHEREAS, the Indictment included, *inter alia*, a forfeiture allegation as to Count

One of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States

Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), of any and all property constituting or derived

from, proceeds obtained directly or indirectly, as a result of the commission of the offense charged

in Count One of the Indictment, and any and all personal property used or intended to be used to

commit the offense charged in Count One of the Indictment, including but not limited to a sum of

money in United States currency representing the amount of proceeds traceable to the commission

of the offense charged in Count One of the Indictment;

          WHEREAS, on or about February 17, 2023, the Defendant pled guilty to Count

One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant

admitted the forfeiture allegation with respect to Count One of the Indictment, and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), a sum of money equal to $822,500.00 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $822,500.00 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with co-defendant George Rusu, to the extent of the forfeiture money judgment that was entered against Rusu in this case on October 20, 2022; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jaclyn Delligatti, of counsel, and the Defendant and his counsel, Judith Vargas, Esq., that:

1.     As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $822,500.00 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with co-defendant George Rusu, to the extent of the t

forfeiture money judgment that was entered against Rusu in this case on October 20, 2022, shall be entered against the Defendant.

2.     Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ION BADASCO, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.     All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number

4.     The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.     Pursuant to 21 U.S.C. § 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.     Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.      The Court shall retain jurisdiction to enforce this Consent Preliminary Order

of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal

Rules of Criminal Procedure.

8.      The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an original

but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     _____          4/30/23
        JACLYN DELLIGATTI                         DATE
        Assistant United States Attorney
        One Saint Andrew's Plaza
        New York, NY 10007
        (212) 637-2559

ION BADASCO, a/k/a "Rostislav Kopetzky,"

By:     _____          5.2.2023
        ION BADASCO                               DATE

By      _____          5.2.2023
        JUDITH VARGAS, ESQ.                       DATE
        Attorney for Defendant
        20 Vesey Street Suite 400
        New York, NY 10006

SO ORDERED:

_____                  5/2/23
HONORABLE JED S. RAKOFF                           DATE
UNITED STATES DISTRICT JUDGE